**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DIVISION OF MISSISSIPPI**
**WESTERN DIVISION**

**NAKEDRIA REYNOLDS**                                                      **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 5:08cv320DCB-JMR**

**DUN TRANSPORTATION AND STRINGING**
**AND MICHAEL ROBERTS**                                  **DEFENDANTS**

---

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

Upon this Court having been informed that the plaintiff has agreed to dismiss all claims filed in this action without prejudice; and

Upon this Court having determined that all claims in the above styled matter should be dismissed without prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that all claims filed by the plaintiff in the above referenced matter should be dismissed without prejudice with each party bearing its own costs.

SO ORDERED AND ADJUDGED, this the __18th__ day of __March__, 2009.

                                                                s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ W. Briggs Hopson, III
W. BRIGGS HOPSON, III., ESQ # 9067
ATTORNEY FOR THE PLAINTIFF

/s/ Rebecca B. Cowan
REBECCA B. COWAN, ESQ. #7735
ATTORNEY FOR THE DEFENDANTS